UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-22447-ALTMAN/Reid

HOWARD COHAN,

    Plaintiff,

vs.

HARBOUR RESTAURANT PARTNERS, LLC,
d/b/a MAKOTO,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, HARBOUR RESTAURANT PARTNERS, LLC, d/b/a MAKOTO ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

                                        BY: /s/ *Jason S. Weiss*
                                                  Jason S. Weiss
                                                  Jason@jswlawyer.com
                                                  Florida Bar No. 356890
                                                  **WEISS LAW GROUP, P.A.**
                                                  5531 N. University Drive, Suite 103
                                                  Coral Springs, FL 33067
                                                  Tel: (954) 573-2800
                                                  Fax: (954) 573-2798
                                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: /s/ *Jason S. Weiss*
Jason S. Weiss